# EXHIBIT 4



FILED
LORAIN COUNTY
2020 MAR 27 P 3: 50
COURT OF COMMON PLEAS
TOM ORLANDO

# LORAIN COUNTY COURT OF COMMON PLEAS
## LORAIN COUNTY, OHIO
## JOURNAL ENTRY
### Hon. D. Chris Cook, Judge

Date  Mar. 27, 2020                              Case No. 20CV200913

JOHN DOE                                         Larry Zukerman
Plaintiff                                        Plaintiff's Attorney

           VS

OBERLIN COLLEGE, et al.                          David Wallace
Defendants                                       Defendant's Attorney

This matter is before the Court on Plaintiff's Verified Complaint For Preliminary And Permanent Injunctive Relief And Money Damages, *Ex Parte* Motion For Temporary Restraining Order And Preliminary Injunction, Plaintiff's Notice of Filings of Exhibits To Plaintiff's Verified Complaint, *Ex Parte* Motion To Proceed Under Pseudonym And Motion To File Verified Complaint Including its Exhibits And All Case Documents Bearing The Plaintiff's Indentifying Information Under Seal, all filed March 20, 2020.

Defendants' Notice Of Appearance Of Counsel, filed March 24, 2020.

And Plaintiff's Supplemental Brief In Support Of Motion For Temporary Restraining Order and Preliminary Injunction *Incorporating A Transcript Of The Recent Oral Arguments Before The Sixth Circuit Court Of Appeals In Doe v. Oberlin College, Case No. 19-3342,* filed March 25, 2020.

Telephonic status conference had with all parties on March 27, 2020.

THE COURT ISSUES THE FOLLOWING ORDERS:

1) Defendants' are hereby ordered to respond to Plaintiff's *Ex Parte* Motion For Temporary Restraining Order And Preliminary Injunction, on or before April 3, 2020. Defendants are directed to deliver a response directly to Judge Cook's Chambers. Court to rule thereafter and schedule a hearing if necessary.

2) Plaintiff's *Ex Parte* Motion To Proceed Under Pseudonym, without objection from Defendants, is well-taken and hereby GRANTED.



3) Plaintiff's Motion To File Verified Complaint Under Seal is not well-taken and hereby DENIED.

4) Plaintiff's Motion To File Its Exhibits And All Case Documents Bearing The Plaintiff's Identifying Information Under Seal is well-taken and hereby GRANTED. It is further ordered that any exhibit or pleadings filed with any parties or student's identifying information be filed "Under Seal."

IT IS SO ORDERED. No Record.

JUDGE D. Chris Cook

cc: Zukerman, Esq.
Wallace, Esq.