**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN DOE,** | ) | **CASE NO. 1:20 CV 669** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | **JUDGMENT ENTRY** |
| | ) | |
| **OBERLIN COLLEGE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons stated in the Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

    */s/ Dan A. Polster     April 7, 2020*
**Dan Aaron Polster**
**United States District Judge**