IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO.: 1:20-cv-00669 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **PLAINTIFF'S STIPULATION OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| OBERLIN COLLEGE, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

Now comes Plaintiff, John Doe, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) respectfully submits a Stipulation of Dismissal with prejudice of his lawsuit against the Defendants in this matter. Pursuant to the terms of said Stipulation, each party is to bear its own costs, including attorneys' fees.

WHEREFORE, Plaintiff asks this Honorable Court to accept this Stipulation of Dismissal and dismiss this action with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

**Approved.**
**It is SO ORDERED.**
**s/*Dan Aaron Polster* United States District Judge November 21, 2023**

/s/ Brian A. Murray
LARRY W. ZUKERMAN, Esq. (0029498)
BRIAN A. MURRAY, Esq. (0079741)
Zukerman, Lear & Murray Co. L.P.A.
3912 Prospect Avenue East
Cleveland, Ohio 44115
(216) 696-0900 telephone
(216) 696-8800 facsimile
lwz@zukerman-law.com
bam@zukerman-law.com
Counsel for Plaintiff John Doe

-and-

/s/ David H. Wallace
DAVID H. WALLACE, Esq. (0037210)
CARY M. SNYDER, Esq. (0096517)